LAPHAM et al., Respondents, v. EXPORT LUMBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Walter S. Lapham and others against the Export Lumber Company. No opinion. Judgment and order unanimously affirmed, with costs.

LAWLOR, Respondent, v. BUCKLIN, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Charlotte B. Lawlor against Charles A. Bucklin. G. H. Fletcher, for appellant. L. Skidmore, for respondent. No opinion. Judgment affirmed, with costs.

LAWRENCE, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by William C. Lawrence against Benjamin Sherwood Dunn,—the name Benjamin being fictitious, and the real Christian name of defendant being unknown to this plaintiff. PER CURIAM. Judgment of the county court of Westchester county affirmed, on argument, with costs.

LEONARD, Appellant, v. BARNUM et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Chatfield Leonard, as receiver, etc., against Curtis A. Barnum and others. No opinion. Order affirmed, with $10 costs and disbursements.

LESZYNSKY v. ROSS. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Julius Leszynsky against Charles A. Ross. No opinion. Motion granted, with $10 costs.

LEVY et al., Appellants, v. PASSAVANT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Louis M. Levy and another against Frederick S. Passavant and another. F. E. Anderson, for appellants. C. E. Hughes, for respondents. No opinion. Judgment affirmed, with costs.

LINDENTHAL, Appellant, v. GERMANIA LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Gustav Lindenthal against the Germania Life Insurance Company. H. Schreiter, for appellant. S. Hanford, for respondent. No opinion. Judgment affirmed, with costs.

LIVINGSTON v. LIVINGSTON. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Adelaide D. Livingston against Henry A. Livingston. No opinion. Motion denied.

LOEWSTEIN et al., Appellants, v. AMERICAN MINERAL WATER MACHINE CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Max Loewstein and others against the American Mineral Water Machine Company and others. From an order denying a motion for the appointment of a receiver and for an injunction pendente lite, plaintiffs appeal. Affirmed. E. Treadwell, for appellants. C. L. Kingsley, for respondents American Mineral Water Machine Co. and others. Leo G. Rosenblatt, for respondent Diamond Soda Water Mach. Co. B. Tuska, for respondent Rothschild and others. PER CURIAM. For the reasons stated in Jacobus v. Machine Co. (decided herewith) 73 N. Y. Supp. 289, the order should be affirmed, with $10 costs and disbursements.

In re LUDLUM. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) In the matter of the application of John Ludlum, a citizen resident of the town of Yates, for an order for the removal of John Putnam Levy from his office as justice of the peace of the town of Yates. PER CURIAM. Ordered that the issues presented by the petition, answer, and affidavits herein be referred to Hon. William G. Laidlaw, to take proofs and report the same to this court, together with his opinion thereon, on or before the 12th day of November next.

In re LUDLUM. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) In the matter of the petition of John Ludlum, a citizen resident of the town of Yates, for an order for the removal of John Putnam Levy from his office as justice of the peace of the town of Yates. PER CURIAM. Ordered that the referee's report be confirmed, and proceeding dismissed, and that the petitioner, within 30 days after the service of a copy of the order herein, pay to the treasury of the county of Orleans the sum of $50, to reimburse said county for the fees and expenses of the referee and stenographer in this proceeding, as allowed by the court.

LOGIE et al., Respondents, v. LEH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) Action by Elgin Logie and another against Jeremiah H. Leh. No opinion. Judgment affirmed, with costs.

LOTHERINGTON, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Charles Lotherington against the Syracuse Rapid Transit Railway Company. PER CURIAM. Judgment of county court reversed, and judgment of the municipal court affirmed, with costs. While the plaintiff and the defendant's employé Harrison were not co-employés as matter of law, what the latter said at the time of the accident was suggestive and advisory merely; and he was not authorized, nor did he attempt, to give the plaintiff or his associates orders in the premises, and therefore the defendant is not liable.